UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SEAN MAURICE DEAN,<br><br>　　　　　　　　　　Plaintiff,<br>v.<br><br>ROMEO ARANAS, *et al.*,<br><br>　　　　　　　　　　Defendants. | Case No. 2:21-cv-00200-APG-NJK<br><br>**ORDER GRANTING MOTION FOR EXTENSION**<br><br>[ECF No. 13] |

On August 9, 2021, I ordered defendant Minev to file a response within 21 days to plaintiff Sean Dean's motion for a preliminary injunction and to file under seal all medical records relevant to the allegations that Dean is being denied diagnosis and treatment for a back injury. ECF No. 11 at 17.  The defendants filed a motion for an extension of time until September 7, 2021 to file a response. ECF No. 13.  The request is supported by good cause.

I THEREFORE ORDER that the defendants' motion for extension of time to respond to the motion for a preliminary injunction **(ECF No. 13) is granted**.  By September 7, 2021, the defendants must file a response to Dean's motion for a preliminary injunction and file under seal all medical records relevant to the allegations that Dean is being denied diagnosis and treatment for a back injury.

　　　DATED THIS 31st day of August, 2021.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE